W. Mark Jump, Esq.
Ohio Bar No.: 0062837
**Jump Legal Group**
2130 Arlington Avenue
Columbus, OH 43221
*Attorneys for Plaintiff Joel Miller*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Joel Miller,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RGH Enterprises, Inc. *dba* Home Healthcare Solutions,<br><br>　　　　　　Defendant | Case No. 2:20-cv-03184-EAS-KAJ<br><br>**Notice of Voluntary Dismissal of Defendant RGH Enterprises, Inc.** |

### NOTICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Joel Miller voluntarily dismisses the claims, without prejudice, against Defendant RGH Enterprises, Inc. *dba* Home Healthcare Solutions in this matter.

Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of October 2020.

　　　　　　　　　　　　　　　　　　　**JUMP LEGAL GROUP**

　　　　　　　　　　　　　　　　　　　By: /s/ W. Mark Jump

W. Mark Jump, Esq.
Jump Legal Group
2130 Arlington Avenue
Columbus, OH 43221

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 13, 2020, the foregoing Notice was served via CM/ECF to all Parties appearing in this case.

By: /s/  W. Mark Jump
W. Mark Jump, Esq.
Jump Legal Group
2130 Arlington Avenue
Columbus, OH 43221